Squire Patton Boggs (US) LLP
Helen H. Yang (State Bar # 241170)
Brian A. Cabianca (State Bar # 016410) (*Pro Hac Vice Application Forthcoming*)
brian.cabianca@squirepb.com
Marisol C. Mork (State Bar # 265170) (*Application for Admission Pending*)
marisol.mork@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:   +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendant
POWERBOARD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALIA, LLC, a California limited liability company, and HOVERBOARD TECHNOLOGIES CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> POWERBOARD, LLC, a Delaware limited liability company, PATMONT REVOCABLE TRUST, a California trust, and GO PED LTD., a Nevada corporation, <br><br> Defendants. | Case No. 3:16-cv-03259-LB  VC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT POWERBOARD, LLC** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Powerboard, LLC hereby substitutes the following as its counsel of record in this action in place of Adrianos Facchetti of the Law Offices of Adrianos Facchetti, P.C.:

1   Helen H. Yang (State Bar No. 241170)

2   Helen.Yang@squirepb.com

3   SQUIRE PATTON BOGGS (US) LLP

4   555 South Flower Street, 31st Floor

5   Los Angeles, CA 90017

6   Telephone:    +1 213 624 2500

7   Facsimile:    +1 213 623 4581

8

9   Each of the undersigned consents to the substitution.

10

11  Dated: July 25, 2016                    Law Offices of Adrianos Facchetti, P.C.

12

13                                           By:/s/ Adrianos Facchetti
                                                  Adrianos Facchetti
                                             Former counsel-of-record for Defendant
14                                           POWERBOARD, LLC

15

16  Dated: July 25, 2016                    Squire Patton Boggs (US) LLP

17

18                                           By:/s/ Helen H. Yang
                                                  Helen H. Yang
19                                           New counsel-of-record for Defendant
                                             POWERBOARD, LLC
20

21

22  Powerboard, LLC consents to the substitution described above.

23

24                              **ATTESTATION**

25  I attest that concurrence in the filing of the document has been obtained from each of the

26  other Signatories.  Pursuant to Civil Local Rule 5-1(i)(3), this attestation is in lieu of the other

27  Signatories on this document.

28

*CASE NO. 3:16-CV-03259-LB*
POWERBOARD, LLC'S NOTICE OF
SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | Dated: July 25, 2016 | By: /s/ Helen H. Yang |
| 2 | | Helen H. Yang |

**ORDER**

**IT IS SO ORDERED.**

Dated: July 28, 2016   By: _____
Hon. Vince Chhabria
United States District Judge

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

CASE NO. 3:16-CV-03259-LB
POWERBOARD, LLC'S NOTICE OF
SUBSTITUTION OF COUNSEL